

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Action Powersports, Inc., d/b/a Wells
Cycle, Inc., and Carl M. Wells, Appellants

No. 06-16-00020-CV　　　v.

1STEL, Inc., Appellee

Appeal from the 413th District Court of
Johnson County, Texas (Tr. Ct. No.
C201300332). Opinion delivered by
Justice Moseley, Chief Justice Morriss and
Justice Burgess participating.

　　　　As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

　　　　We further order that the appellants, Action Powersports, Inc., d/b/a Wells Cycle, Inc., and Carl M. Wells, pay all costs of this appeal.

　　　　　　　　　　　　　　　RENDERED AUGUST 5, 2016
　　　　　　　　　　　　　　　BY ORDER OF THE COURT
　　　　　　　　　　　　　　　JOSH R. MORRISS, III
　　　　　　　　　　　　　　　CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk